IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM VICTOR | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-632 |
| | : | |
| GEORGE LITTLE, et al. | : | |

## ORDER

AND NOW, this 25th day of September, 2023, upon consideration of Defendant Physical Therapist Waters' Motion to Dismiss (ECF No. 93) and pro se Plaintiff William Victor's Response in Opposition, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED in part and DENIED in part.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.