IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM VICTOR | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-632 |
| | : | |
| GEORGE LITTLE, et al. | : | |
| | : | |

## ORDER

AND NOW, this 18th day of September, 2024, upon careful consideration of Defendants Physical Therapist Waters and Dr. Letizio's Motion for Summary Judgment (ECF No. 154) and pro se Plaintiff William Victor's Response in Opposition, and for reasons sets forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.